UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BERNIS SANTIAGO RIVERA-CRUZ,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:25-cv-1250

Honorable Robert J. Jonker

**<u>ORDER</u>**

This is a habeas corpus action brought an individual detained by the United States Immigration and Customs Enforcement (ICE), challenging the lawfulness of Petitioners' current detention. On December 2, 2025, the Court entered an opinion and judgment conditionally granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF Nos. 8, 9.) The Court ordered, *inter alia*, that Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. The Court also ordered Respondents to file a status report within six business days of the date of this Court's opinion and judgment to certify compliance with this opinion and the corresponding judgment.

On December 10, 2025, Respondents filed a status report indicating that a bond hearing was held on December 9, 2025, and that the immigration judge denied bond because Petitioner "did not establish that he is not a substantial flight risk." (ECF No. 10-1, PageID.94.)

That day, Petitioner filed a motion for immediate release (ECF No. 11) and, subsequently, a motion to withdraw his motion for immediate release, which states that "[t]he basis for the

original motion has been resolved" (ECF No. 12, PageID.110). For the reasons set forth in Petitioner's motion, the motion to withdraw the motion for immediate release (ECF No. 12) is granted and the motion for immediate release (ECF No. 11) is, accordingly, dismissed.

     **IT IS SO ORDERED.**


Dated:   <u>December 23, 2025</u>            <u>/s/ Robert J. Jonker</u>
                                            Robert J. Jonker
                                            United States District Judge